UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  24-cv-21134-JEM

TINA CARPENTER,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD.,
a Bermuda Company,

    *Defendant*.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE**

Defendant, NCL (BAHAMAS) LTD., a Bermuda company ("Norwegian"), by and through undersigned counsel, hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

**CERTIFICATE OF INTERESTED PARTIES**

1. The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

    Tina Carpenter
    *Plaintiff*

    NCL (Bahamas) Ltd.
    *Defendant*

    Michael C. Black, Esq.
    *Attorney for Plaintiff*

Michael C. Black, P.A.
*Attorney for Plaintiff*

J. Patrick Connick, Esq.
*Attorney for Plaintiff*

Law Office Of J. Patrick Connick, LLC
*Attorney for Plaintiff*

## CORPORATE DISCLOSURE STATEMENT

Defendant, NCL (Bahamas) Ltd., a Bermuda company ("Norwegian"), by and through the undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC"). NCLC is a wholly-owned subsidiary of Norwegian Cruise Line Holdings Ltd., a Bermuda company publicly traded on the New York Stock Exchange under ticker symbol NCLH ("NCLH").

Respectfully Submitted,

**NORWEGIAN CRUISE LINE**
Attorneys for Defendant
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:   (305) 436-4377
Facsimile:   (305) 468-2132

By: */s/ Todd Sussman*
 **Todd L. Sussman, Esq.**
 Florida Bar No. 0084729
 tsussman@nclcorp.com

*Case No.: 24-cv-21134-JEM*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2024, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By: */s/ Todd Sussman*
**Todd Sussman, Esq.**

## SERVICE LIST

*Tina Carpenter vs. NCL (Bahamas) Ltd.*
Case No.: 24-cv-21134-JEM
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq.<br>NORWEGIAN CRUISE LINE<br>7665 Corporate Center Drive<br>Miami, FL  33126<br>Telephone:     (305) 436-4653<br>Facsimile:      (305) 468-2132<br>tsussman@ncl.com<br>jjara@ncl.com<br>*Attorneys for Defendant* | Michael C. Black, Esq.<br>MICHAEL C. BLACK, P.A.<br>Dadeland Square at the Greenery Mall<br>7700 North Kendall Drive, Suite 305<br>Miami, Florida 33156<br>Phone: (305) 271-8301<br>Fax:    (305) 271-8302<br>mblack@marlaw.com<br>*Attorneys for Plaintiff* |
| | J. Patrick Connick, Esq.<br>LAW OFFICE OF J. PATRICK CONNICK, LLC<br>5201 Westbank Expressway, Suite 315<br>Marrero, LA 70072<br>Telephone: (504) 347-4535<br>Facsimile: (504) 347-4526<br>connicklaw@gmail.com<br>*Attorneys for Plaintiff* |